# EXHIBIT A



# U. S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Carswell

P.O. Box 27066, J Street, Bldg 3000
Fort Worth, Texas 76127

December 27, 2018

MEMORANDUM FOR NEBA, MARIE
                        Reg. No. 99403-379

FROM:         Jody R. Upton, Warden

SUBJECT:     Compassionate Release/Reduction In Sentence (RIS)

Consideration for your release, under the provisions of Title 18, United States Code, Section 3582 (c)(1)(A), and Bureau of Prisons' Program Statement 5050.49, has been given careful review, which included case summary information and length of time served. Based upon this information, your request for a Compassionate Release/Reduction In Sentence (RIS) has been denied.

Currently, you do not meet the criteria for a Reduction In Sentence based on Medical Circumstances – Terminal Medical Condition. Although you have a terminal medical diagnosis, you do not have a life expectancy of 18 months or less. After careful review of this information, consideration for Compassionate Release/RIS is denied. In compliance with Bureau of Prisons' Program Statement 5050.49, you may appeal this denial through the Administrative Remedy Program.

Medical staff will continue to monitor your conditions as clinically indicated. I suggest you continue to work with your unit team, your designated medical team, and your assigned social worker to address your needs, as they may arise.



U. S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Carswell

P.O. Box 27066, J Street, Bldg 3000
Fort Worth, Texas 76127

April 27, 2018

MEMORANDUM FOR NEBA, MARIE
                          Reg. No. 99403-379

FROM:           Jody R. Upton, Warden

SUBJECT:       Compassionate Release/Reduction In Sentence (RIS)

Consideration for your release, under the provisions of Title 18, United States Code, Section 3582 (c)(1)(A), and Bureau of Prisons' Program Statement 5050.49, has been given careful review, which included case summary information and length of time served. Based upon this information, your request for a Compassionate Release/Reduction In Sentence (RIS) has been denied.

Currently, you do not meet the criteria for a Reduction In Sentence based on medical circumstances – Debilitated Medical Condition. A review of your current medical status indicates you are able to complete self-care activities independently and are not confined to a bed or wheelchair more than 50% of waking hours. After careful review of this information, consideration for Compassionate Release/RIS is denied. In compliance with Bureau of Prisons' Program Statement 5050.49, you may appeal this denial through the Administrative Remedy Program.

Medical staff will continue to monitor your conditions as clinically indicated. I suggest you continue to work with your unit team, your designated medical team, and your assigned social worker to address your needs, as they may arise.



## U. S. Department of Justice

Federal Bureau of Prisons

Federal Medical Center, Carswell

P.O. Box 27066, J Street, Bldg 3000
Fort Worth, Texas 76127

January 22, 2019

MEMORANDUM FOR NEBA, MARIE
Reg. No. 99403-379

FROM: Jody R. Upton, Warden

SUBJECT: Compassionate Release/Reduction In Sentence (RIS)

Consideration for your release, under the provisions of Title 18, United States Code, Section 3582 (c)(1)(A) and 4205 (g), and Bureau of Prisons' Program Statement 5050.50, has been given careful review, which included case summary information and length of time served. Based upon this information, your request for a Compassionate Release/Reduction In Sentence (RIS) has been denied.

Currently, you do not meet the criteria for a Reduction In Sentenced Based on Non-Medical Circumstances- Death or Incapacitation of the Family Member Caregiver. While you provided multiple documents about your children and their wellbeing, you did not provide documentation that the caregiver was incapacitated. Documentation received did not specify that the caregiver had suffered from a severe injury or illness that rendered the caregiver incapable of caring for the child. After careful review of this information, consideration for Compassionate Release/RIS is denied. In compliance with Bureau of Prisons' Program Statement 5050.50, you may appeal this denial through the Administrative Remedy Program.

Medical staff will continue to monitor your conditions as clinically indicated. I suggest you continue to work with your unit team, your designated medical team, and your assigned social worker to address your needs, as they may arise.