# EXHIBIT B

## Bureau of Prisons
## Health Services
## Consultation Request

| Inmate Name: NEBA, MARIE | Reg #: 99403-379 | Complex: CRW |
|---|---|---|
| Date of Birth: | Sex: F | |

**Report of Consultation:** Oncology          **Subtype:** Onsite oncology clinic

Inmate Name: NEBA, MARIE                                                    Reg #: 99403-379
Date of Birth:                                                                       Sex: F
Institution:   CARSWELL FMC
                   NAVAL AIR STATION
                   FORT WORTH, Texas 76127
                   8177824000

3/24/18
P: 84      97%      141/56

**Assessment:**

Pt seen in flu. On 1st line letrozole + Ibrance. On Xgeva.
VSS ② breast - feels soften.

**A/P:** ① MBC - bone mets.
Dxd 5/17 - gr 3 IDC, ER 100%,
PR 50%, HER2⁻, Ki 50%.

**Plan:** 8/17-9/17 -Taxol weekly ×7
10/17 - 1st line letrozole + Ibrance started.
PET 3/18 - Response noted. ⊕ right breast mass SUV 7.5, ⊕ bone mets.
Cont same drugs

② Bone mets - Cont Xgeva

**Orders:**

① Cont letrozole

② Cont Ibrance 125mg 3wks on, 1wk off

③ Cont Xgeva q 4 wks

④ f/u in 2 mos c̄ CBC, CMP, CA27.79.

**Signature**
**Date**

**Completed By:**

Prasanthi Ganesa, MD

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name: NEBA, MARIE | Reg #: 99403-379 | Complex: CRW |
|---|---|---|
| Date of Birth: | Sex: F | |

Report of Consultation: Oncology     Subtype: Onsite oncology clinic

Inmate Name: NEBA, MARIE
Date of Birth:
Institution:   CARSWELL FMC
NAVAL AIR STATION
FORT WORTH, Texas 76127
8177824000

Reg #: 99403-379
Sex: F

1/29/18
98% P:88
182/86
179/89

**Assessment:** Pt seen in flu. On 1st line letrozole + Ibrance. c/o arthritis. On Xgeva.

VSS Br-® breast - LOQ mass about 3-4cm. pskin ∆'s.

**Plan:**
① MBC - stage IV, bone mets. dx'd 5/15/17 - gr3 IDC, ER 100%, PR 50%, HER2 ⊖, ki 50%.
- 8/17-9/17 - weekly taxol ×7 (response in br mass)
- 10/17- Transferred to Carswell
- 10/17 - 1st line letrozole + Ibrance started
PET 10/23/17 - ⊕ diffuse bone mets, ⊕ right breast mass, hilar & pelvic LAD.

② Bone mets - cont Xgeva q4 wks

**Orders:**
① Cont letrozole
② Cont Ibrance 125mg po 3 wks on, 1 wk off
③ Cont Xgeva
④ PET/CT - before next visit
⑤ F/u ⊂ me in 1 month ⊂ labs 1 wk prior - CBC, CMP, CA 27.29.

Pracanthi Ganesa, MD

Signature
Date

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

## Bureau of Prisons
## Health Services
## Consultation Request

| | | |
|---|---|---|
| Inmate Name: NEBA, MARIE | Reg #: 99403-379 | Complex: CRW |
| Date of Birth: | Sex: F | |

Report of Consultation: Oncology             Subtype: Onsite oncology clinic
Inmate Name: NEBA, MARIE                                      Reg #:    99403-379
Date of Birth:                                                        Sex:      F
Institution:    CARSWELL FMC
                NAVAL AIR STATION
                FORT WORTH,Texas 76127
                8177824000

10/24/18

P. 77    96%           141/67

**Assessment:**

Pt seen in f/u. On letrozole + Ibrance. Dx xgeva q 4 wks.
c/o leg pain (R).
·VSS a/o x3 nad

mm

**Plan:** A/P: ① MBC - bone mets.
Dx'd 5/17 - gr 3 IDC, ER+/PR+ HER2,
Ki 50%.
8/17-9/17 - Taxol weekly X7
10/17 - 1st line letrozole + Ibrance.
PET (7/18) - no new mets, stable bone mets.
Cont current therapy.

② Bone mets - cont xgeva, but ok to Δ to q8 wks.

**Orders:**

① Cont letrozole

② Cont Ibrance 125mg
3 wks on, 1 wk off

③ change xgeva to q 8 weeks

④ PET scan before next visit

⑤ f/u in 3 mos c
CBC, CMP, CA 27.29

**Signature**
**Date**

**Completed By**

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments. Prasanthi Ganesa, MD

Inmate not to be informed of appointment dates.



**Center for Cancer and Blood Disorders**
800 West Magnolia Avenue
Fort Worth TX 76104
Phone: 817-759-7000 Fax: 817-759-7027

Patient Name:  NEBA, MARIE
DOB:
Physician:   JEANETTE GRULLON-MEJIA

MRN:                103168
Date of Exam:       07/16/2018
Accession:          TCC00035870

Exam: PET/CT SKULL BASE TO MID THIGH (78815)
Reason: BREAST CA. BONE METS

**Final Report**
EXAM: POSITRON EMISSION TOMOGRAPHY/COMPUTED TOMOGRAPHY (PET/CT) WHOLE-BODY STUDY

HISTORY: Right breast cancer post chemotherapy with history of bone metastasis. Restaging.

TECHNIQUE: Approximately 60 minutes following the IV administration of 9.8 mCi of 2-[18F] fluoro-2-deoxy-D-glucose (FDG), whole body imaging is performed from a Siemens Biograph Sensation-16 PET/CT scanner. Imaging is performed from the mid skull to the mid thighs.

All CT scans are performed using dose optimization technique as appropriate to a performed exam including automated exposure control and/or standardized protocols for targeted exams where dose is matched to indication/reason for exam/patient size.

COMPARISON: Prior whole body PET/CT dated 3/23/2018.

FINDINGS:

There are again identified bilateral posterior cervical lymph nodes in the subcutaneous tissues which have a similar appearance compared to the previous study with the largest on the left measuring 8 mm in the short axis with stable mild to moderate uptake of 2.76 maximum SUV. There is otherwise normal activity within the soft tissues of the neck, axillary, mediastinal and hilar regions. There is again identified a right breast irregular soft tissue mass with overlying skin thickening similar to the previous study measuring 4.5 x 2.9 centimeters and previously measuring 4.5 x 3.0 cm not significant change. There is stable moderate uptake with maximal uptake of 3.39 SUV and previously measuring 3.45 SUV, not significant change. There is normal activity throughout the lungs.   There is normal activity throughout the soft tissues of the abdomen and pelvis. There is moderate stool throughout the colon. The appendix is normal. There is no adenopathy. There is normal activity throughout the visualized skeletal structures. There are again identified multifocal sclerotic bone metastasis throughout the spine and manubrium consistent with treated disease but without evidence of abnormal uptake. There is also focal stable lytic lesion involving the left aspect of L4 vertebral body.

IMPRESSION:

99403 - 379

1. Stable right inferior lateral breast mass with moderate uptake. This is not significant changed in size or degree of uptake compared to the previous study. There is no new metastasis.

Federal Medical Center-Carswell
P.O. Box 27066
Fort Worth, TX 76127-0066

FROM:API DEV (8173396606) TO:817-735-7724

18-Jul-2018 09:38 CT   PAGE: 2/2

103168 NEBA, MARIE        Page 2 of 2            TCCC0035870 PET/CT SKULL BASE TO MID THIGH (78815)

2. Stable multifocal sclerotic bone metastasis in throughout the spine and manubrium but without evidence of abnormal uptake consistent with treated disease.

3. Stable small nonspecific bilateral posterior cervical lymph nodes with mild to moderate uptake.

**Finalized BY:**DAVID, JAMES K MD        07/16/2018 12:36:26
Report Ends

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

## Bureau of Prisons
## Health Services
## Consultation Request

| Inmate Name: NEBA, MARIE | Reg #: 99403-379 | Complex: CRW |
|---|---|---|
| Date of Birth: ▮ | Sex: F | |

**Report of Consultation:** Oncology          **Subtype:** Onsite oncology clinic

Inmate Name: NEBA, MARIE                   Reg #: 99403-379
Date of Birth: ▮                            Sex: F
Institution:   CARSWELL FMC
               NAVAL AIR STATION
               FORT WORTH, Texas 76127
               8177824000

7/30/18

P: 74   98%   130/63

**Assessment:**
Pt seen in flu. On 1st line
letrozole + Ibrance. On Xgeva.
VSS a/o x3 nad ⊕ nausea. mgmn stab
Labs reviewed - CA 27.29 14 <18

**Plan:** AP: ① MBC - bone mets.
Dx'd 5/17 - gr 3 IDC, ER+/PR+/HER2,
Ki 60%
8/17-9/17 - Taxol weekly x7
10/17 -1st line letrozole + Ibrance
BT (7/18) - no new mets, stable
bone mets.
- Cont current therapy.
② Nausea - compazine prn
③ Bone mets - Cont Xgeva

**Orders:**
① Cont letrozole
② Cont Ibrance 125mg
   3wks on, 1wk off
③ Cont Xgeva q 4wks
④ ⊕ compazine 10mg
   po q 6° pm nausea
⑤ flu in 3 mos ē
   CBC, CMP, CA 27.29

Signature
Date

Completed By:

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

FROM:API DEV (8173396606) TO:817-735-7724                                                          23-Mar-2018 15:51 CT   PAGE: 1/2

103168 NEBA, MARIE          Page 1 of 2                  TCC00033026 PET/CT SKULL BASE TO MID THIGH (78815)



**FMC CARSWELL**
**99403-379**

### Center for Cancer and Blood Disorders
800 West Magnolia Avenue
Fort Worth TX 76104
Phone: 817-759-7000 Fax: 817-759-7027

---

| | | |
|---|---|---|
| **Patient Name:** NEBA, MARIE | **MRN:** | 103168 |
| **DOB:** | **Date of Exam:** | 03/23/2018 |
| **Physician:** JEANETTE GRULLON-MEJIA | **Accession:** | TCC00033026 |

**Exam:** PET/CT SKULL BASE TO MID THIGH (78815)
**Reason:** BREAST CA

**Final Report**
**EXAM:** PET/CT SKULL BASE TO MID THIGH (78815)

**HISTORY:** Breast cancer

**TECHNIQUE:** Approximately 60 minutes following the IV administration of 9.1 mCi of 2 -[18F] fluoro-2-deoxy-D-glucose (FDG), whole body imaging is performed from a Siemens Biograph Sensation-16 PET/CT scanner. Imaging is performed from the base of the skull to the proximal thighs. Patient's glucose level at the time of injection was 90 mg/dl.

Dose reduction techniques were utilized. These techniques include one or more of the following: automated exposure control (AEC); adjustment of mA and/or KV according to patient size; use of iterative reconstruction technique; CT scan done according to ALARA (As Low As Reasonably Achievable) or ALARA-Image Gently.

**COMPARISON:** PET/CT exam 10/23/2017.

**FINDINGS:**

Images through the base of the brain are unremarkable.

Previously there were some level 2 lymph nodes in the left neck described. This is unchanged measuring 7 mm with uptake to an SUV max of 2.6.

Right cervical triangle lymph node at table position 984 measures 6 mm uptake and SUV max of 3.1. Left cervical triangle lymph node at table position 969 measures 7 mm with uptake and SUV max of 2.8.

In the posterior subcutaneous fat at the neck and table position 1014, there are 2 small subcentimeter lymph nodes present. These have increased in size from the previous exam. On the right this demonstrates uptake to an SUV max of 2.9, and on the left there is uptake to an SUV max of 2.9 as well.

No enlarged axillary lymph nodes are present. Small 5 mm right axillary lymph node previously discussed is not FDG avid.

Spiculated right breast mass is again noted demonstrating uptake to an SUV max of 3.5 with associated adjacent right breast skin thickening and mild uptake. This is not significantly changed from the previous exam.

103168 NEBA, MARIE          Page 2 of 2          TCC00033026 PET/CT SKULL BASE TO MID THIGH (78815)

No FDG avid or enlarged mediastinal or hilar lymph nodes. Previously there were 2 right hilar FDG avid lymph nodes described, these are not apparent on the current exam.

No FDG avid lesions in the lungs.

No FDG avid lesions in the liver. Previously there was a focus of uptake described in the retroperitoneal region and this is not present on the current exam.

Numerous sclerotic lesions of the thoracic and lumbar spine suggestive of treated bony metastases.

Previously there was a lesion in L4 appears treated as well with uptake to an SUV max of 3.1, previously 5.8. Numerous sclerotic metastases noted involving the sternum, right humerus, sacrum and pelvis. These are not FDG avid.

**IMPRESSION:**

Right breast mass corresponding to the patient's right breast cancer appears similar with relatively similar uptake.

Previously there were right hilar FDG avid lymph nodes and these have resolved.

Extensive non-FDG avid bony metastases. Most of these appear sclerotic/treated. Previously seen lytic lesion in L4 demonstrates decreased FDG uptake.

There are some small lymph nodes in the posterior neck on both sides that demonstrated FDG avidity.

**Finalized BY:**LOBO, STEPHEN  MD          03/23/2018 15:02:33
Report Ends

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | Reg #: | 99403-379 |
| Date of Birth: | [REDACTED] | Sex:      F      Race: BLACK | Facility: | CRW |
| Note Date: | 03/27/2018 13:33 | Provider:    Grullon-Mejia, Jeanette | Unit: | G02 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Grullon-Mejia, Jeanette MD
   Oncologist recommends follow up in 2 months with labs.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-CA 27.29 | One Time | 05/09/2018 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oncology | 05/24/2018 | 05/24/2018 | Routine | No | |

   **Subtype:**
      Onsite oncology clinic
   **Reason for Request:**
      Oncologist recommends follow up in 2 months with labs. (Ordered)
   **Provisional Diagnosis:**
      Metastatic breast cancer

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Grullon-Mejia, Jeanette MD on 03/27/2018 13:35

## Bureau of Prisons
## Health Services
## Consultation Request

| Inmate Name: NEBA, MARIE | Reg #: 99403-379 | Complex: CRW |
| Date of Birth: | Sex: F | |

**Report of Consultation:** Oncology

**Subtype:** Onsite oncology clinic

Inmate Name: NEBA, MARIE
Date of Birth:
Institution: CARSWELL FMC
NAVAL AIR STATION
FORT WORTH,Texas 76127
8177824000

5/21/18

Reg #: 99403-379
Sex: F

Wt:____ B/P ___ Temp: ____  1603/

MAY 21 2018

Assessment:

Pt seen in f/u - on 1st line letrozole + Ibrance. On Xgeva. vss a/ox3 nad

(R) breast / softer
CA 27.29 - 18

P: 68 R: ____ O2: 96%

① Cont letrozole

② Cont Ibrance R5mg

③ Cont Xgeva q4 wks

A/P: ① MBC - bone mets.
Plan: Dxd 5/17 - gr 3 IDC, ER+, PR+,
HER2, Ki5070
8/17 - 9/17 - Taxol weekly x7
10/17 - 1st line letrozole + Ibrance started.
PET 3/18 - ④ right breast mass suv 7.5,
⊕ bone mets.

④ F/u in 2mos c̄ CBC, CMP, CA 27.29

⑤ PET/CT before next visit.

Signature
Date

Completed By ② Bone mets - cont xgeva

Prasanthi Ganesa, MD

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilitzation review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

THE CENTERTX

800 W. Magnolia Avenue, Fort Worth, TX 76104 (817)759-7000

Nicole Bartosh, D.O.
Matthew Cavey, M.D.
Gregory Friess, D.O., F.A.C.P.
Prasanthi Ganesa, M.D.
Deepna D. Jaiswal, D.O.
William M. Jordan, D.O.
Lance Mandell, M.D.

Shadan Mansoor, M.D.
A. Seyi Ojo, M.D.
Catherine Oseni, PharmD
Ray D. Page, D.O., PhD., F.A.C.O.I.
Vinaya Potluri, M.D.
Bibas Reddy, D.O.

Michael Ross, M.D.
Mary Ann Skiba, D.O., F.A.C.O.I.
DeEtte Vasques, D.O.
Rashmi Verma, M.D.
Henry Xiong, M.D.
Gary S. Young, M.D.
Robyn Young, M.D.

**TO:**
UNT Carswell
1412 May Street
suite 108
Fort Worth, Texas
USA 76104

**RE: Patient: Neba, Marie**
**DOB:** [redacted] **MRN:** 103168

FMC CARSWELL
99403-379

**Visit Date:** Oct 16, 2017 **New Patient Note**

**Diagnosis:**
Malignant neoplasm of lower-outer quadrant of right female breast

**Referring Physician:** Carswell

**Chief Complaint:**
Metastatic breast cancer

**HPI:**
Pt, referred by Carswell, is a 53 y/o inmate with metastatic breast cancer.

Patient states that she felt right breast pain in December 2016. She subsequently had her mammogram in April, I do not have this report. There is an MRI from 5/30/17 that showed a 5 x 4.7 x 6.9 cm irregular mass at 9:00 right breast with diffuse skin thickening and nipple retraction. There was a 2.7 cm left breast masses well.

Right breast mass at 9:00 and axillary lymph node biopsy were done on 5/15/17. Pathology revealed grade 3 infiltrating ductal carcinoma, ER 100%, PR 50%, HER-2 negative (0), Ki-67 50%. Lymph node was also positive. Patient states that left breast mass was also biopsied and this was negative. I do not have the report of this.

Patient then had CT chest abdomen pelvis. This showed at least 2 and possibly 3 tiny noncalcified pulmonary nodules in the right lung, metastatic lesions excluded. There were multiple vertebral body lytic lesions. No liver lesions noted.

There was a note discussing starting first-line letrozole for her metastatic disease. However, patient was started on weekly Taxol. This was probably due to her large right breast mass. Patient says that she has had 7 weekly Taxol, last chemotherapy was given sometime in September. She notes a clinical response in the right breast. She was transferred here for continuation of therapy.

She denies any pain at this time.

Electronically signed by: Prasanthi Ganesa on 10/16/2017 10:41:17

DATE  Oct 16, 2017
RE  Marie  Neba

**Current Medications:**
reviewed

**Allergies**: Metformin and Related and Sulfur.

**Past History:**
Past Medical History:   Ms. Neba's medical history consists of HTN and Grave's Disease in 2008.

Past Procedure/Surgical History:   Ms. Neba's surgical/procedural history consists of Right breast biopsy in 2017 and Uterine ablation in 2011.

Family History:   Pt was adopted.

Social History:    . Ms. Neba has never smoked. Ms. Neba is a former drinker.
Ms. Neba reports the following support systems: incarcerated.

GYN History  Ms. Neba has had 3 pregnancies and 2 births.She is peri-menopausal. Pt had uterine ablation 2011.

**Review Of Systems:**

| | |
|---|---|
| Constitutional | No fevers, chills, night sweats, excessive fatigue or weight loss. |
| ENMT | No significant visual difficulties.   No diplopia.   No problems with hearing, no sore throat, no sinus drainage. |
| Endocrine | No hot flashes or night sweats. |
| Hematologic/Lymphatic | No easy bruising or bleeding.   The patient denies any tender or palpable lymph nodes |
| Breasts | +right breast mass |
| Respiratory | No dyspnea on exertion, chest pain, cough or hemoptysis. |
| Cardiovascular | No anginal chest pain, palpitations or orthopnea. |
| Gastrointestinal | No nausea, vomiting, diarrhea, GI bleeding, or constipation. |
| Genitourinary (F) | No vaginal bleeding or pelvic pain. |
| Musculoskeletal | +bone mets |
| Skin | No chronic rashes, inflammation, ulcerations or skin changes. |
| Neurologic | No headache, blurred vision, and no areas of focal weakness or numbness. Normal gait. No sensory problems. |
| Psychiatric | No insomnia, depression, mania or mood swings.   No psychotropic drugs. |

**Vital Signs:**
Performed on Oct 16, 2017 15:15:   HT - 64.0 in, WT - 245.4 lbs, BSA - 2.13 sq.m, BMI - 42.12 (HIGH), T - 97.2 F, P - 68 /min, R - 16 /min, BP - 151/94 mm(hg) (HIGH), and Pain Assessment - 8.

**Performance Status:** 1 - No physically strenuous activity, but ambulatory and able to carry out light or sedentary work (e.g. office work, light house work). (ECOG)

**Physical Exam:**

| | |
|---|---|
| Constitutional | Alert, cooperative, oriented x 3. Mood and affect appropriate. |
| ENMT | PERRL, no scleral icterus, oropharynx clear, moist MM's. |
| Neck | Supple without masses. |
| Hematologic/Lymphatic | No cervical, supraclavicular, axillary or inguinal lymphadenopathy |
| Respiratory | Lungs are clear to auscultation without rhonchi or wheezing. |

Electronically signed by:  Prasanthi Ganesa  on 10/16/2017 10:41:17

DATE: Oct 16, 2017
RE: Marie  Neba

| | |
|---|---|
| Cardiovascular | Regular rate and rhythm without murmurs, gallops or rubs. |
| Breasts | +right breast mass occupying lower outer quadrant palpable.   +skin thickening in the area. |
| | Left breast without masses. |
| Abdomen | Soft, non-tender, non-distended, no masses, ascites or hepatosplenomegaly. Good bowel sounds. |
| Musculoskeletal | No tenderness or swelling, normal range of motion without obvious weakness. |
| Extremities | No visible deformities, no cyanosis, clubbing or edema. Pulses 4+ and equal bilaterally. |
| Skin | No rashes, scars, or lesions suggestive of malignancy. |
| Neurologic | No sensory or motor deficits, normal cerebellar function, normal gait. |
| Psychiatric | Coherent speech. Verbalizes understanding of our discussions today. |

**Impression:**
Stage IV breast cancer (bone metastases)
Diagnosed on 5/15/17 - Right breast mass and axillary LN biopsy-- grade 3 infiltrating ductal carcinoma, ER 100%, PR 50%, HER-2 negative (0), Ki-67 50%.   Lymph node was also positive.

CT CAP - bone mets.   3 pulm nodules, significance unclear.   No liver mets.

8/17 - 9/17 - Weekly taxol x 7 (clinical response in breast mass noted)

10/17/17 - Transferred to Carswell and seen by me

-Reviewed available records.   Will restage at this time with PET.   If disease limited to breast and bone only mets, it maybe reasonable to consider right MRM for local control.   Will need referral to Dr. Ojo but will decide after next visit.

Since it is strongly ER+, hormonal therapy preferred and no need for chemo at this time.   Will check on menopausal status   If postmen, plan to start letrozole + Ibrance.   If premen, tamoxifen.

**Plan:**
PET scan

Labs today

F/u with me next week

Thank you for allowing me to participate in the care of this patient.

Electronically Signed By:  Prasanthi Ganesa, M.D. on Oct 17, 2017 10:40AM

CC:

Electronically signed by:  Prasanthi Ganesa  on 10/16/2017 10:41:17

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | | Reg #: | 99403-379 |
| Date of Birth: | | Sex: | F | Race: | BLACK |
| Scanned Date: | 10/17/2017 13:47 EST | | | Facility: | CRW |

**Reviewed with New Encounter Note by Grullon-Mejia, Jeanette MD on 10/18/2017 12:19.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | | | Reg #: | 99403-379 |
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | CRW |
| Note Date: | 10/18/2017 12:19 | Provider: | | Grullon-Mejia, Jeanette | Unit: | G02 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Grullon-Mejia, Jeanette MD

    Oncologist recommends follow up with PET scan in 2 weeks. PET was ordered and pending.

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Oncology | 10/31/2017 | 10/31/2017 | Urgent | No | |

    **Subtype:**

        The Center  off site

    **Reason for Request:**

        Dr. Ganesa recommends follow up in 2 weeks with results of PET scan which is scheduled for 10-23-2017 for this 53 y/o patient with metastatic breast cancer.

    **Provisional Diagnosis:**

        Metastatic breast cancer

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Grullon-Mejia, Jeanette MD on 10/18/2017 12:21

FROM:API DEV (8173396606)  TO:817-735-7724

103168 NEBA, MARIE          Page 1 of 2

26-Oct-2017 16:05 CT  PAGE: 1/2

TCC00029384 PET/CT SKULL BASE TO MID THIGH (78815)



**Center for Cancer and Blood Disorders**
800 West Magnolia Avenue
Fort Worth TX 76104
Phone: 817-759-7000 Fax: 817-759-7027

**FMC CARSWELL**
**99403-379**

| | | |
|---|---|---|
| **Patient Name:** NEBA, MARIE | **MRN:** | 103168 |
| **DOB:** | **Date of Exam:** | 10/23/2017 |
| **Physician:** PRASANTHI GANESA | **Accession:** | TCC00029384 |

**Exam:** PET/CT SKULL BASE TO MID THIGH (78815)
**Reason:** BREAST CA

**Final Report**
**EXAM:** PET/CT SKULL BASE TO MID THIGH (78815)

**HISTORY:** 53-year-old female with recently diagnosed right-sided breast cancer and axillary metastases. Outside CT demonstrated findings suspicious for L3 for osseous metastases. Further evaluate.

**TECHNIQUE:** Approximately 60 minutes following the IV administration of   mCi of 2 -[18F] fluoro-2-deoxy-D-glucose (FDG), whole body imaging was performed on a PET/CT scanner. CT images were obtained for attenuation correction and anatomic localization. Imaging was performed from the base of the skull to the proximal thighs. Patient's blood glucose level at the time of injection was   mg/dL.

All CT scans are performed using dose optimization techniques as appropriate to the exam being performed. These techniques including automatic exposure control and/or standardized protocols utilizing dose matching according to exam type and patient size.

**COMPARISON:** Comparison imaging not available however comparison report available dated 6/13/2017.

**FINDINGS:**

Visualized intracranial activity appears within normal limits. Expected physiologic activity within the aerodigestive soft tissues. Left level 2 lymph node measures 0.7 cm image 20 of series 4 demonstrates borderline hypermetabolic activity, max SUV 3.33. Right level 2 lymph node measures 0.7 cm image 25 of series 2 and demonstrates borderline mild hypermetabolic activity, max SUV 3.31. No supraclavicular lymphadenopathy. Otherwise the soft tissues of the head and neck appear within normal limits.

Spiculated lateral right breast soft tissue mass measures 4.8 x 3.1 cm. Max SUV measures 3.44 reflecting mild hypermetabolic activity. Mild overlying cutaneous thickening is present with mildly elevated FDG. No frank with hypermetabolic activity identified. No additional focal breast lesions identified. Nonenlarged right axillary lymph nodes identified. Right axillary lymph node measures 0.5 cm image 45 of series 4 with max SUV of 1.38 which appears symmetric to the left-sided axillary lymph nodes.

Right hilar hypermetabolic lymphadenopathy superiorly roughly measures 0.9 cm with max SUV of 5.38. Right lateral hilar lymphadenopathy measures roughly 0.7 cm with max SUV of 4.92. Otherwise hilar activity appears within normal limits. No suspicious pulmonary nodule or focal infiltrate. Large airways appear unremarkable. Calcified plaque with thoracic aorta. Mild global cardiomegaly.

Small focus of activity is identified within the right retroperitoneum with max SUV of 5.43 on CT imaging is appears to correspond to the right renal artery image 90 of series 4 which could possibly relate to atherosclerosis or misregistration activity from the adjacent duodenum however attention on follow-up exams is recommended. 2 small foci of hypermetabolic activity are identified involving the midline anterior pelvis subcutaneous tissues at the site of prior expected incision. These measure max SUV of 4.47 on the right and 5.36 on the left see image 130 of series 4. This is favored inflammatory related to prior surgical incision site. Left external iliac lymphadenopathy demonstrates hypermetabolic activity max SUV 5.76. The lymph node measures 0.8 cm image 136 of series 4. Otherwise genitourinary and bowel activity appear within normal limits.

Numerous sclerotic lesions are identified throughout the visualized osseous structures particularly involving the thoracolumbar spine and pelvis. The L4 lesion demonstrates lytic component. The larger lesions demonstrate hypermetabolic activity. 2 confluent lesions within the posterior right ilium measure 2.5 x 1.0 cm with max SUV of 9.8. The lytic L4 lesion demonstrates Max SUV of 5.8. No significant vertebral body height loss. Hypermetabolic lesions are identified within the T2, T4, T6, T8, T9, T12, L2, L3, L4, and L5 vertebral bodies. Sternal body hypermetabolic lesion is present including manubrial lesion. No pathologic fracture visualized.

Findings likely fibroid uterus. Mild colonic stool burden.

## IMPRESSION:

Hypermetabolic right breast mass consistent with the patient's reported history of right breast malignancy. Nonspecific mild right breast cutaneous thickening with mildly elevated FDG activity.

Hypermetabolic right hilar and left pelvic lymphadenopathy concerning for metastatic disease. Borderline hypermetabolic bilateral cervical lymph nodes, reactive versus metastatic. Of note the right axillary lymph nodes appear normal in size and FDG uptake.

Findings of widespread osseous metastatic disease, as detailed in the findings. No evidence of pathologic fracture.

Indeterminate focus of hypermetabolic activity within the right retroperitoneum which appears to correspond to the right renal artery and may reflect sequela of atherosclerosis however indeterminate. Attention on follow-up exams is recommended.

Two small foci of soft tissue hypermetabolic activity within the paramidline anterior pelvic subcutaneous tissues at the site of prior incision are favored inflammatory related to the prior incision however attention on follow-up exams.

Additional findings, as discussed above.

**Finalized BY:EICKENHORST, DANIEL ROBERT MD**        10/23/2017 14:31:28
Report Ends

This Facsimile may contain PRIVILEGED, CONFIDENTIAL AND/OR OTHERWISE PROTECTED INFORMATION intended only for the use of the addressee. Unauthorized distribution or use of the facsimile or its contents is strictly prohibited. If you are not the addressee, the person responsible for delivering this message to the addressee, or have received this facsimile in error, please immediately notify us by telephone at the number above and destroy this information. Thank you.

2017/10/26 15:39:48    2   /5



**THE CENTER TX**

800 W. Magnolia Avenue, Fort Worth, TX  76104  ( 817)759-7000

Asim Ahmad, M.D.
Nicole Bartosh, D.O.
Matthew Cavey, M.D.
Gregory Friess, D.O., F.A.C.P.
Prasanthi Ganesa, M.D
Deepna D. Jaiswal, D.O.
William M Jordan, D.O.

Lance Mandell, M.D.
Shadan Mansoor, M.D.
Harris V. K. Naina, M.D.
A. Seyi Ojo, M.D.
Catherine Oseni, PharmD
Ray D. Page, D.O., PhD., F.A.C.O.I.
Alberto Parra, M.D.
Vinaya Potluri, M.D.

Bibas Reddy, D.O.
Michael Ross, M.D.
Mary Ann Skiba, D.O., F.A.C.O.I.
DeEtte Vasques, D.O..
Henry Xiong, M.D.
Gary S. Young, M.D.
Robyn Young, M.D.

TO:
UNT Carswell
1412 May Street
suite 108
Fort Worth, Texas
USA 76104

RE: Patient: Neba, Marie
DOB:   Jul 05, 1964   MRN:   103168

*49403-379*

Federal Medical Center-Carswell
P. O. Box 27066
Fort Worth, TX 76127-0660

**Visit Date:**   Oct 25, 2017                    **Follow Up Visit**

**Diagnosis:**
Primary C50 511 - Malignant neoplasm of lower-outer quadrant of right female breast,   Diagnosed Oct 16, 2017
(Active)

**Chief Complaint:**
Metastatic breast cancer

**HPI:**
Pt, referred by Carswell, is a 53 y/o inmate with metastatic breast cancer.

Patient states that she felt right breast pain in December 2016.   She subsequently had her mammogram in April, I do
not have this report.   There is an MRI from 5/30/17 that showed a 5 x 4.7 x 6.9 cm irregular mass at 9:00 right breast
with diffuse skin thickening and nipple retraction.   There was a 2.7 cm left breast masses well.

Right breast mass at 9:00 and axillary lymph node biopsy were done on 5/15/17.   Pathology revealed grade 3
infiltrating ductal carcinoma, ER 100%, PR 50%, HER-2 negative (0), Ki-67 50%.   Lymph node was also positive.
Patient states that left breast mass was also biopsied and this was negative.   I do not have the report of this.

Patient then had CT chest abdomen pelvis.   This showed at least 2 and possibly 3 tiny noncalcified pulmonary
nodules in the right lung, metastatic lesions excluded.   There were multiple vertebral body lytic lesions.   No liver
lesions noted

There was a note discussing starting first-line letrozole for her metastatic disease.   However, patient was started on
weekly Taxol   This was probably due to her large right breast mass.   Patient says that she has had 7 weekly Taxol,
last chemotherapy was given sometime in September.   She notes a clinical response in the right breast.   She was
transferred here for continuation of therapy.

Electronically signed by:   Prasanthi Ganesa   on 10/25/2017 15:20:57

Page: 1

DATE: Oct 25, 2017
RE: Marie   Neba
Jul 05, 1964

10/23/17 – PET scan at The Center revealed hypermetabolic right breast mass consistent with the patient's reported history of right breast malignancy. Nonspecific mild right breast cutaneous thickening with mildly elevated FDG activity. Hypermetabolic right hilar and left pelvic lymphadenopathy concerning for metastatic disease. Borderline hypermetabolic bilateral cervical lymph nodes, reactive versus metastatic. Of note the right axillary lymph nodes appear normal in size and FDG uptake. Findings of widespread osseous metastatic disease. No evidence of pathologic fracture. Indeterminate focus of hypermetabolic activity within the right retroperitoneum which appears to correspond to the right renal artery and may reflect sequela of atherosclerosis however indeterminate. Attention on follow-up exams is recommended. Two small foci of soft tissue hypermetabolic activity within the paramidline anterior pelvic subcutaneous tissues at the site of prior incision are favored inflammatory related to the prior incision however attention on follow-up exams.

Interval Hx:
Patient returns for follow-up. She reports bone pain. Denies SOB.

**Current Medications:**
Docusate Sodium, Multiple Vitamin, Telmisartan, Vitamin D

**Allergies:** Metformin and Related and Sulfur.

**Review Of Systems:**

| | |
|---|---|
| Constitutional | No fevers, chills, night sweats, excessive fatigue or weight loss. |
| ENMT | No significant visual difficulties.   No diplopia   No problems with hearing, no sore throat, no sinus drainage. |
| Endocrine | No hot flashes or night sweats. |
| Hematologic/Lymphatic | No easy bruising or bleeding.   The patient denies any tender or palpable lymph nodes |
| Respiratory | No dyspnea on exertion, chest pain, cough or hemoptysis. |
| Cardiovascular | No anginal chest pain, palpitations or orthopnea. |
| Gastrointestinal | No nausea, vomiting, diarrhea, GI bleeding, or constipation. |
| Genitourinary (F) | No vaginal bleeding or pelvic pain. |
| Musculoskeletal | +bone pain |
| Skin | No chronic rashes, inflammation, ulcerations or skin changes. |
| Neurologic | No headache, blurred vision, and no areas of focal weakness or numbness. Normal gait. No sensory problems. |
| Psychiatric | No insomnia, depression, mania or mood swings.   No psychotropic drugs. |

**Vital Signs:**
Performed on Oct 25, 2017 15:33:   HT - 64.00 in, WT - 255.6 lbs (HIGH), BSA - 2.17 sq.m, BMI - 43.87 (HIGH), T - 97.6 F, P - 64 /min, R - 16 /min, BP - 140/81 mm(hg), and Pain Assessment - 2.

**Performance Status:** 1 - No physically strenuous activity, but ambulatory and able to carry out light or sedentary work (e.g. office work, light house work). (ECOG)

**Physical Exam:**

| | |
|---|---|
| Constitutional | Alert, cooperative, oriented x 3. Mood and affect appropriate. |
| ENMT | PERRL, no scleral icterus, oropharynx clear, moist MM's. |
| Neck | Supple without masses. |
| Hematologic/Lymphatic | No cervical, supraclavicular, axillary or inguinal lymphadenopathy. |
| Respiratory | Lungs are clear to auscultation without rhonchi or wheezing. |

Electronically signed by:   Prasanthi Ganesa   on 10/25/2017 15:20:57

Page: 2

DATE: Oct 25, 2017
RE: Marie   Neba

| | |
|---|---|
| Cardiovascular | Regular rate and rhythm without murmurs, gallops or rubs. |
| Breasts | +right breast mass occupying lower outer quadrant palpable.   +skin thickening in the area. |
| | Left breast without masses. |
| Abdomen | Soft, non-tender, non-distended, no masses, ascites or hepatosplenomegaly. Good bowel sounds. |
| Musculoskeletal | No tenderness or swelling, normal range of motion without obvious weakness. |
| Extremities | No visible deformities, no cyanosis, clubbing or edema. Pulses 4+ and equal bilaterally. |
| Skin | No rashes, scars, or lesions suggestive of malignancy. |
| Neurologic | No sensory or motor deficits, normal cerebellar function, normal gait. |
| Psychiatric | Coherent speech. Verbalizes understanding of our discussions today. |

**Labs:**
Latest results reviewed.


**Impression:**
Stage IV breast cancer (bone metastases)
Diagnosed on 5/15/17 - Right breast mass and axillary LN biopsy– grade 3 infiltrating ductal carcinoma, ER 100%, PR 50%, HER-2 negative (0), Ki-67 50%.   Lymph node was also positive.

CT CAP - bone mets.   3 pulm nodules, significance unclear.   No liver mets.

8/17 - 9/17 - Weekly taxol x 7 (clinical response in breast mass noted)
10/17/17 - Transferred to Carswell and seen by me

10/23/17 – PET scan at The Center revealed hypermetabolic right breast mass consistent with the patient's reported history of right breast malignancy. Nonspecific mild right breast cutaneous thickening with mildly elevated FDG activity. Hypermetabolic right hilar and left pelvic lymphadenopathy concerning for metastatic disease. Borderline hypermetabolic bilateral cervical lymph nodes, reactive versus metastatic. Of note the right axillary lymph nodes appear normal in size and FDG uptake. Findings of widespread osseous metastatic disease. No evidence of pathologic fracture. Indeterminate focus of hypermetabolic activity within the right retroperitoneum which appears to correspond to the right renal artery and may reflect sequela of atherosclerosis however indeterminate. Attention on follow-up exams is recommended. Two small foci of soft tissue hypermetabolic activity within the paramidline anterior pelvic subcutaneous tissues at the site of prior incision are favored inflammatory related to the prior incision however attention on follow-up exams.

-Reviewed results   Needs 1st line hormonal therapy with letrozole and Ibrance.   Postmen status confirmed on labs.

We discussed letrozole plus the newly approved CDK4 inhibitor, palbociclib or Ibrance.   FDA granted an accelerated approval to Ibrance.   This was studied in 165 postmenopausal women with ER positive, HER-2 negative advanced breast cancer who had not received previous treatment for advanced disease.   There were randomly assigned to receive Ibrance in combination with letrozole or letrozole alone.   Participants treated with Ibrance plus letrozole had PFS of 20.2 months compared to 10.2 months with letrozole alone.   The most common side effects of this drug included fatigue, cytopenias, stomatitis, hair loss, diarrhea, peripheral neuropathy.   The recommendation is to begin with 125 mg daily for 21 days, 7 days off.


**Plan:**

Electronically signed by:   Prasanthi Ganesa   on 10/25/2017 15:20:57

Page: 3

2017/10/26 15:39:48   5   /5

DATE. Oct 25, 2017
RE  Marie   Neba
█████████

Start letrozole + Ibrance - see orders

Start ASAP

F/u in 2wks

Xgeva q4wks

Electronically Signed By:   Prasanthi Ganesa, M.D. on Oct 26, 2017 3:20PM

CC:

Electronically signed by:   Prasanthi Ganesa   on 10/25/2017 15:20:57

| Inmate Name: | NEBA, MARIE | | | Reg #: | 99403-379 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F    Race: BLACK | Facility: | CRW |
| Note Date: | 09/18/2018 12:05 | Provider: | Grullon-Mejia, Jeanette | Unit: | G02 |

**Subtype:**

CKD Stage 3-4 Consult

**Reason for Request:**

54 y/o female with hx of DM, hypertension, metastatic breast cancer to bone presenting with CKD stage 3. Please evaluate and advise. Thanks.

**Provisional Diagnosis:**

CKD stage 3

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Grullon-Mejia, Jeanette MD on 09/18/2018 12:15

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: NEBA, MARIE | | | Reg #: | 99403-379 |
| Date of Birth: ▮▮▮▮▮▮▮ | Sex: F | Race: BLACK | Facility: | CRW |
| Encounter Date: 09/07/2018 09:02 | Provider: Grullon-Mejia, Jeanette | | Unit: | G02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1** **Provider:** Grullon-Mejia, Jeanette MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** 54 y/o female with hx of HTN and post ablation hypothyroidism. (Patient had Graves and had ablation in 2008)
On 05-2017 patient was diagnosed with right breast cancer and was started on Taxol. Patient had completed 7/9 cycles. A CT showed a lung nodule and a lytic lesion in her spine. Patient was transferred to Carswell for further treatment and follow up. She has developed neuropathy secondary to chemotherapy.
PET showed metastasis in the spine. She is currently on Xgeva, besides other chemotherapy agents.
Patient c/o persistent burning sensation in her feet.

Hypothyroidism: Patient states that after it she was started on Levothyroxine, but was not effective and was changed to brand name. She c/o weight gain.Continues taking medication and TSH was within therapeutic range. Last test was in 05-2018 0.9. Will repeat

HTN: Controlled with medication. Denies chest pain or shortness of breath.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 09/07/2018 09:52 |
| **Location:** | Multiple Locations |
| **Quality of Pain:** | Burning |
| **Pain Scale:** | 6 |
| **Intervention:** | Cymbalta |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-5 Years |
| **Duration:** | 1-5 Years |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | None |
| **Reason Not Done:** | |
| **Comments:** | |

**Seen for clinic(s):** Endocrine/Lipid, General, Hypertension

## ROS:

**Breasts**

**General**

Yes: Lumps, Previous Surgery/Biopsy

**Cardiovascular**

**General**

Yes: Hx Hypertension

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | | Reg #: 99403-379 |
| Date of Birth: | | Sex: F    Race: BLACK | | Facility: CRW |
| Note Date: | 11/07/2018 15:00 | Provider: Grullon-Mejia, Jeanette | | Unit: G02 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Grullon-Mejia, Jeanette MD

Evaluated by Oncologist. Recommends to continue Imbrance and change Xgeva to every 8 weeks, PET scan before next visit in 3 months.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Denosumab 120 mg/1.7 ml  subc Inj (Xgeva) | 11/07/2018 15:00 | 120 mg Subcutaneously  Every 8 Weeks x 180 day(s) Pill Line Only |

**Indication:** Malignant neoplasm of female breast

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 620634-CRW | Denosumab Subc Soln 120 MG/1.7ML | 11/07/2018 15:00 | Inject 120mg (XGEVA) subcutaneously every 4 weeks **non-formulary approved until: 10/30/18 |

**Discontinue Type:**   *When Pharmacy Processes*

**Discontinue Reason:** *Order changed*

**Indication:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 01/28/2019 00:00 | Routine |
| Lab Tests-C-CA 27.29 | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oncology | 02/07/2019 | 02/07/2019 | Routine | No | |

**Subtype:**

Onsite oncology clinic

**Reason for Request:**

54 y/o with hx of breast cancer with metastasis to bone, evaluated by Oncologist. Requests follow up in 3 months with PET scan prior.

**Provisional Diagnosis:**

Breast cancer with metastasis to bone

| | | | | | |
|---|---|---|---|---|---|
| Radiology | 01/28/2019 | 01/28/2019 | Routine | No | |

**Subtype:**

off site PET Scan

**Reason for Request:**

54 y/o with hx of breast cancer with metastasis to bone, evaluated by Oncologist. Requests follow up in 3

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | | Reg #: | 99403-379 |
| Date of Birth: | | Sex: | F | Race: | BLACK |
| Scanned Date: | 07/25/2018 12:06 EST | | | Facility: | CRW |

**Reviewed by Grullon-Mejia, Jeanette MD on 07/25/2018 11:15.**

5|28

# Bureau of Prisons
# Health Services
# Consultation Request

| Inmate Name: NEBA, MARIE | Reg #: 99403-379 | Complex: CRW |
|---|---|---|
| Date of Birth:      07/05/1964 | Sex:    F | |

**Consultation/Procedure Requested:**      Oncology
**Subtype:**      Onsite oncology clinic
**Priority:** Routine
**Target Date:** 05/24/2018
**Reason for Request:**
     Oncologist recommends follow up in 2 months with labs. (Ordered)

**Provisional Diagnosis:**
     Metastatic breast cancer
**Medications (As of 04/05/2018)**
     Clindamycin HCl 300 MG Cap  Exp: 04/09/2018  SIG: Take one capsule (300 MG) by mouth three times daily until gone
     Denosumab Subc Soln 120 MG/1.7ML  Exp: 08/31/2018  SIG: Inject 120mg (XGEVA) subcutaneously every 4 weeks **non-formulary approved until: 10/30/18 ***pill line***
     Docusate Sodium 100 MG Cap  Exp: 09/03/2018  SIG: Take one capsule (100 MG) by mouth twice daily for chronic severe constipation due to intestinal hypomotility disorder
     DULoxetine HCl Delayed Rel 60 MG Cap  Exp: 09/03/2018  SIG: Take one capsule (60 MG) by mouth each day for neuropathy ***pill line*** ***pill line***
     Letrozole 2 5 MG Tab  Exp: 09/03/2018  SIG: Take one tablet (2.5 MG) by mouth each day **non-formulary approved until: 10/30/18
     Multivitamin  Tab  Exp: 09/03/2018  SIG: Take one tablet  by mouth each day **non-formulary approved until: 9/27/18 (Daily-Vite)
     Naproxen E.C. 500 MG Tab  Exp: 06/05/2018  SIG: Take one tablet (500 MG) by mouth twice daily AS NEEDED for bone pain due to metastasis
     Palbociclib 125 MG Capsules  Exp: 09/03/2018  SIG: Take one capsule (125 MG) by mouth daily for 21 days followed by 7 days off for malignant neoplasm of breast   ***pill line*** Repeat cycle every 28 days **non-formulary approved until: 10/30/18 ***pill line***
     Telmisartan-HCTZ 40-12.5 MG Tablet  Exp: 09/03/2018  SIG: Take one tablet  by mouth each day to control blood pressure ***non-formulary approved*** until 9/27/18
     Tirosint 125 MCG Capsule  Exp: 09/03/2018  SIG: Take one capsule (125 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***non-formulary approved*** until 9/27/18
     Vitamin D (Cholecalciferol) 1000 UNIT Tab  Exp: 09/03/2018  SIG: Take one tablet (1000 UNIT) by mouth each day

**Allergies (As of 04/05/2018)**
     Sulfur, Metformin HCL
**Health Problems (As of 04/05/2018)**
     Unspecified glaucoma, Rash and other nonspecific skin eruption, Essential (primary) hypertension, Hypothyroidism, Malignant neoplasm of female breast, Allergy status to sulfonamides status, Allergy status to unsp drug/meds/biol subst status, Constipation, unspecified, Encounter for gynecological exam (general) (routine) without abnormal findings, Polyneuropathy, unspecified, Myopia, Presbyopia, Unspecified glaucoma
**Inmate Requires Translator:**  No          **Language:**
**Additional Records Required:**

**Comments:**
**Requested By:**  Grullon-Mejia, Jeanette MD

**Ordered Date:**      03/27/2018 13:33
**Scheduled Target Date:** 05/24/2018 00:00
**Level of Care:**   Medically Necessary - Non-Emergent

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | | Reg #: 99403-379 |
| Date of Birth: | | Sex: F | Race: BLACK | Facility: CRW |
| Note Date: | 10/18/2018 08:44 | Provider: | Grullon-Mejia, Jeanette | Unit: G02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**     **Provider:** Grullon-Mejia, Jeanette MD
Needs refills

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 614187-CRW | Denosumab Subc Soln 120 MG/1.7ML | 10/18/2018 08:44 | Inject 120mg (XGEVA) subcutaneously every 4 weeks **non-formulary approved until: 10/30/18 x 180 day(s) Pill Line Only |
| | **Indication:** Malignant neoplasm of female breast | | |
| 614190-CRW | Letrozole 2.5 MG Tab | 10/18/2018 08:44 | Take one tablet (2.5 MG) by mouth each day **non-formulary approved until: 10/30/18 x 180 day(s) |
| | **Indication:** Malignant neoplasm of female breast | | |
| 614192-CRW | Palbociclib 125 MG Capsules | 10/18/2018 08:44 | Take one capsule (125 MG) by mouth daily for 21 days followed by 7 days off for malignant neoplasm of breast ***pill line*** Repeat cycle every 28 days **non-formulary approved until: 10/30/18 x 180 day(s) Pill Line Only |
| | **Indication:** Malignant neoplasm of female breast | | |
| 614194-CRW | Telmisartan-HCTZ 40-12.5 MG Tablet | 10/18/2018 08:44 | Take one tablet by mouth each day to control blood pressure ***non-formulary approved*** until 9/27/18 x 180 day(s) |
| | **Indication:** Essential (primary) hypertension | | |
| 614195-CRW | Tirosint 125 MCG Capsule | 10/18/2018 08:44 | Take one capsule (125 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***non-formulary approved*** until 9/27/18 x 180 day(s) |
| | **Indication:** Hypothyroidism | | |

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No
Completed by Grullon-Mejia, Jeanette MD on 10/18/2018 08:46

| Inmate Name: | NEBA, MARIE | | | | Reg #: | 99403-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | CRW |
| Note Date: | 11/07/2018 15:00 | Provider: | | Grullon-Mejia, Jeanette | Unit: | G02 |

months with PET scan prior.

**Provisional Diagnosis:**

Breast cancer with bone metastasis

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Grullon-Mejia, Jeanette MD on 11/07/2018 15:06

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | NEBA, MARIE | | | | Reg #: | 99403-379 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | CRW |
| Note Date: | 07/31/2018 14:33 | Provider: | | Grullon-Mejia, Jeanette | Unit: | G02 |

· Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:** Grullon-Mejia, Jeanette MD

Patient evaluated by Oncologist. Recommends follow up in 3 months. Continue same treatment. Compazine 10 mg q 6 hours PRN

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Prochlorperazine Oral Tablet | 07/31/2018 14:33 | 10 mg Orally  every 6 hours PRN x 90 day(s) -- For nausea caused by chemotherapy |

**Indication:** Malignant neoplasm of female breast

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Oncology | 10/30/2018 | 10/30/2018 | Routine | No | |

**Subtype:**

Onsite oncology clinic

**Reason for Request:**

54 y/o female with hx of Metastatic breast cancer to bones. Patient evaluated by Oncologist. Recommends follow up in 3 months. Continue same treatment. Compazine 10 mg q 6 hours PRN

**Provisional Diagnosis:**

Metastatic breast cancer

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Grullon-Mejia, Jeanette MD on 07/31/2018 14:37

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | | Reg #: | 99403-379 |
| Date of Birth: | | Sex: | F | Race: | BLACK |
| Scanned Date: | 11/07/2018 11:48 EST | | | Facility: | CRW |

**Reviewed with New Encounter Note by Grullon-Mejia, Jeanette MD on 11/07/2018 15:00.**

# Bureau of Prisons
## Health Services
### Consultation Request

| | |
|---|---|
| **Inmate Name:** NEBA, MARIE | **Reg #:** 99403-379 **Complex:** CRW |
| **Date of Birth:** | **Sex:** F |

**Consultation/Procedure Requested:** Oncology
**Subtype:** Onsite oncology clinic
**Priority:** Urgent
**Target Date:** 11/10/2017

**Reason for Request:**
53 y/o female with hx of metastatic breast cancer evaluated by Oncologist. Needs follow up in 2 weeks

**Provisional Diagnosis:**
Metastatic breast cancer

**Medications (As of 01/26/2018)**
Denosumab Subc Soln 120 MG/1.7ML Exp: 06/02/2018 SIG: Inject 120mg ( XGEVA) subcutaneously every 4 weeks **non-formulary approved until: 10/30/18 ***pill line***
Docusate Sodium 100 MG Cap Exp: 06/03/2018 SIG: Take one capsule (100 MG) by mouth twice daily for chronic severe constipation due to intestinal hypomotility disorder
DULoxetine HCl Delayed Rel 60 MG Cap Exp: 05/31/2018 SIG: Take one capsule (60 MG) by mouth each day for neuropathy ***pill line*** ***pill line***
Letrozole 2.5 MG Tab Exp: 06/03/2018 SIG: Take one tablet (2.5 MG) by mouth each day **non-formulary approved until: 10/30/18
Multivitamin Tab Exp: 03/05/2018 SIG: Take one tablet by mouth each day **non-formulary approved until: 9/27/18
Palbociclib 125 MG Capsules Exp: 05/23/2018 SIG: Take one capsule (125 MG) by mouth daily for 21 days followed by 7 days off for malignant neoplasm of breast ***pill line*** Repeat cycle every 28 days **non-formulary approved until: 10/30/18 ***pill line***
Telmisartan-HCTZ 40-12.5 MG Tablet Exp: 06/03/2018 SIG: Take one tablet by mouth each day to control blood pressure ***non-formulary approved*** until 9/27/18
Tirosint 125 MCG Capsule Exp: 06/03/2018 SIG: Take one capsule (125 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism ***non-formulary approved*** until 9/27/18
Vitamin D (Cholecalciferol) 1000 UNIT Tab Exp: 06/03/2018 SIG: Take one tablet (1000 UNIT) by mouth each day

**Allergies (As of 01/26/2018)**
Sulfur, Metformin HCL

**Health Problems (As of 01/26/2018)**
Essential (primary) hypertension, Hypothyroidism, Malignant neoplasm of female breast, Allergy status to sulfonamides status, Allergy status to unsp drug/meds/biol subst status, Constipation, unspecified, Encounter for gynecological exam (general) (routine) without abnormal findings, Polyneuropathy, unspecified, Myopia, Presbyopia, Unspecified glaucoma, Unspecified glaucoma

**Inmate Requires Translator:** No    **Language:**
**Additional Records Required:**

**Comments:**
11/2/17 Printed. JG-UNT
**Requested By:** Grullon-Mejia, Jeanette MD
**Ordered Date:** 10/30/2017 06:22
**Scheduled Target Date:** 11/10/2017 00:00
**Level of Care:** Medically Necessary – Non-Emergent

**Bureau of Prisons**
**Health Services**
**Consultation Request**

| Inmate Name:  NEBA, MARIE | | Reg #:  99403-379 | Complex: CRW |
|---|---|---|---|
| Date of Birth: | | Sex:    F | |

Request Approval Actions:

Approved by Langham, Charles MD/CD acting in the role of Institution Clinical Director on 10/30/2017.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | NEBA, MARIE | | Reg #: | 99403-379 |
| Date of Birth: | | Sex:   F | Race: | BLACK |
| Scanned Date: | 10/30/2017 12:39 EST | | Facility: | CRW |

Reviewed by Grullon-Mejia, Jeanette MD on 10/30/2017 12:03.