**EXHIBIT C**

CERTIFICATION OF VITAL RECORD

# FORT BEND COUNTY

301 JACKSON STREET
RICHMOND TX 77469-3108

Dianne Wilson
COUNTY CLERK AND
LOCAL REGISTRAR

TELEPHONE
281/341-8685

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NUMBER

| | | | | |
|---|---|---|---|---|
| 1. Child's Name (First / Middle / Last / Suffix): [redacted] NJI TILONG | | | 2. Date of Birth (mm/dd/yyyy): [redacted] | 3. Sex: MALE |
| 4a. Place of Birth - County: FORT BEND | 4b. City or Town (If outside city limits, give precinct no.): SUGAR LAND | 5. Time of Birth: 12:39 PM | 6a. Plurality - Single, Twin, Triplet, etc.: TWINS | 6b. If Plural Birth, Born 1st, 2nd, 3rd, etc.: FIRST |
| 7a. Place of birth ☐ Clinic / Doctor's Office ☐ Licensed Birthing Center ☒ Hospital ☐ Home Birth (Planned to deliver at home? ☐ Yes ☐ No) ☐ Other (Specify): | | 7b. Name of Hospital or Birthing Center, NPI (If Not Institution, Give Street Address): METHODIST SUGAR LAND HOSPITAL | | |
| 8a. Attendant's Name, NPI, and Mailing Address: DUC LE, 3807 FM 1092 RD., #104 MISSOURI CITY, TEXAS 77459 | | 9a. Certifier - I certify that this child was born alive at the place and time and on the date as stated. Signature and Title: KELLI JUREK — Date Signed: 04/11/2011 | | |
| 8b. ☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify): | | 9b. ☐ Attendant ☐ Facility Administrator / Designee ☒ Other (Specify): HIM REPRESENTATIVE | | |
| 10. Mother's Name Prior to First Marriage (First / Middle / Last): MARIE LUM NEBA | | | 11. Date of Birth (mm/dd/yyyy): [redacted] | 12. Birthplace (State, Territory or Foreign Country): CAMEROON |
| 13a. Residence - State: TEXAS | 13b. County: FORT BEND | 13c. City, Town or Location: SUGAR LAND | 13d. Street Address or Rural Location: 14226 ASHMORE REEF COURT | |
| 13e. Zip Code: 77478 | 13f. Inside City Limits: ☒ Yes ☐ No | 14. Mailing Address: ☒ Same As Residence, or: | | |
| 15. Father's Name (First / Middle / Last / Suffix): EBONG ALOYSIUS TILONG | | | 16. Date of Birth (mm/dd/yyyy): [redacted] | 17. Birthplace (State, Territory or Foreign Country): CAMEROON |
| 18a. Local File Number: 01-1444 | 18b. Date Received by Local Registrar: 04/13/2011 | 18c. Signature of Local Registrar: Dianne Wilson | | |

VS-111.3 REV. 01/05 WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000. 097534

80845

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under the authority of Section 191.051, Chapter 678, Health & Safety Code.

DATE ISSUED AUG 15 2011

Dianne Wilson

Dianne Wilson, County Clerk/Local Registrar
Fort Bend County, Texas

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

CERTIFICATION OF VITAL RECORD

# FORT BEND COUNTY

301 JACKSON STREET
RICHMOND TX 77469-3108

Dianne Wilson
COUNTY CLERK AND
LOCAL REGISTRAR

TELEPHONE
281/341-8685

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NUMBER

| Field | Entry |
|---|---|
| 1. Child's Name (First / Middle / Last / Suffix) | T[redacted] CHE TILONG |
| 2. Date of Birth (mm/dd/yyyy) | [redacted] |
| 3. Sex | MALE |
| 4a. Place of Birth - County | FORT BEND |
| 4b. City or Town (if outside city limits, give precinct no.) | SUGAR LAND |
| 5. Time of Birth | 12:41 PM |
| 6a. Plurality - Single, Twin, Triplet, etc. | TWINS |
| 6b. If Plural Birth, Born 1st, 2nd, 3rd, etc. | SECOND |
| 7a. Place of birth | ☐ Clinic / Doctor's Office ☐ Licensed Birthing Center ☒ Hospital ☐ Home Birth (Planned to deliver at home? ☐ Yes ☐ No) ☐ Other (Specify): |
| 7b. Name of Hospital or Birthing Center; NPI (If Not Institution, Give Street Address) | METHODIST SUGAR LAND HOSPITAL |
| 8a. Attendant's Name, NPI, and Mailing Address | DUC LE<br>3807 FM 1092 RD., #104 MISSOURI CITY, TEXAS 77459 |
| 8b. | ☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify): |
| 9a. Certifier - I certify that this child was born alive at the place and time and on the date as stated. (Signature and Title / Date Signed) | KELLI JUREK / 04/11/2011 |
| 9b. | ☐ Attendant ☐ Facility Administrator / Designee ☒ Other (Specify): HIM REPRESENTATIVE |
| 10. Mother's Name Prior to First Marriage (First / Middle / Last) | MARIE LUM NEBA |
| 11. Date of Birth (mm/dd/yyyy) | [redacted] |
| 12. Birthplace (State, Territory or Foreign Country) | CAMEROON |
| 13a. Residence - State | TEXAS |
| 13b. County | FORT BEND |
| 13c. City, Town or Location | SUGAR LAND |
| 13d. Street Address or Rural Location | 14226 ASHMORE REEF COURT |
| 13e. Zip Code | 77478 |
| 13f. Inside City Limits | ☒ Yes ☐ No |
| 14. Mailing Address | ☒ Same As Residence, or: |
| 15. Father's Name (First / Middle / Last / Suffix) | EBONG ALOYSIUS TILONG |
| 16. Date of Birth (mm/dd/yyyy) | [redacted] |
| 17. Birthplace (State, Territory or Foreign Country) | CAMEROON |
| 18a. Local File Number | 01-1453- |
| 18b. Date Received by Local Registrar | 04/13/2011 |
| 18c. Signature of Local Registrar | Dianne Wilson |

VS-111.3 REV. 01/05 WARNING: THE PENALTY FOR KNOWINGLY MAKING A FALSE STATEMENT IN THIS FORM CAN BE 2-10 YEARS IN PRISON AND A FINE OF UP TO $5,000. 097642

80846 This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under the authority of Section 191.051, Chapter 678, Health & Safety Code.

DATE ISSUED AUG 15 2011

Dianne Wilson
Dianne Wilson, County Clerk/Local Registrar
Fort Bend County, Texas

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

COPY VOID

**Student Name:** T[redacted]
**Teacher:** DeDeus/Glenn
**Grade Level:** 1st Grade

Don Jeter Progress Report
2nd Grading Period



### Language Arts

| | Excellent | Just Right | Needs More Time |
|---|---|---|---|
| **Phonics** | | | |
| • Blends sounds correctly | | | |
| • Recognizes initial and final consonant sounds | ✓ | | |
| • Recognizes rhymes | | | |
| **Comprehension** | | | |
| • Retells the important events of a story in order | | | |
| • Uses pictures and charts to derive meaning | ✓ | | |
| • Demonstrates an understanding of the text | | | |
| **Reading Strategies** | | | |
| • Self-monitors and tries to self-correct | | | |
| • Rereads text to clarify meaning | | | |
| • Uses strategies such as flipping the sound, chunking words, etc. to accurately decode words | ✓ | | |
| **Fluency** | | | |
| • Masters sight words | | | |
| • Reads with expression at an appropriate rate | ✓ | | |
| • Attends to punctuation | | | |
| **Writing** | | | |
| • Uses capitalization, punctuation, and spacing appropriately | | ✓ | |
| • Writes stories with a beginning, middle, and end | | | |
| • Writes multiple complete sentences about a single idea | | | |

### Citizenship

| | Excellent | Satisfactory | Needs Improvement |
|---|---|---|---|
| **Conduct** | | | |
| • Follows directions the first time they are given | | | |
| • Works quietly when needed | | ✓ | |
| • Shows respect to teachers and peers | | | |
| • Accepts responsibility for personal actions | | | |
| **Work Habits** | | | |
| • Makes a sincere effort and works hard in class | | | |
| • Completes independent work in a timely manner | | ✓ | |
| • Remains focused on the activity at hand | | | |
| • Generates neat and careful work | | | |

### Math

| | Excellent | Just Right | Needs More Time |
|---|---|---|---|
| **Numbers and Operations and Algebraic Reasoning** | | | |
| • Represents numbers to 99 | | | |
| • Uses place value to compare numbers to 120 | | | |
| • Uses place value to order numbers to 99 | | ✓ | |
| • Identifies coins by name and value and describes the relationships between them | | | |

### Science

| | Excellent | Just Right | Needs More Time |
|---|---|---|---|
| • Follows safety procedures | | | |
| • Collects and communicates data | | | |
| • Uses tools and models to investigate | | ✓ | |
| • Classifies objects by observable properties or composition | | | |
| • Records changes in materials made by heating or cooling | | | |

### Social Studies

| | Excellent | Just Right | Needs More Time |
|---|---|---|---|
| • Distinguishes among past, present, and future | | | |
| • Identifies and describes the physical characteristics of place | | ✓ | |
| • Creates and uses simple maps. | | | |
| • Describes how technology changes communication, transportation, and recreation | | | |

### Comments

Travis is doing a good job identifying coins by value. He needs to work on following directions the first time they are given and not bothering others. He also needs to make more of an effort to complete his class work independently without being redirected several times.
-Mrs. DeDeus ☺

Travis is still struggling with Reading. We are working on decoding and building his fluency. Travis needs to focus more on his work. He has to be reminded several times to stay on task. Please continue to have Travis read nightly.
-Ms. Glenn ☺

Student Name: Tre
Teacher: Mrs. Beckman
Grade Level: 1st Grade

Don Jeter Progress Report
2nd Grading Period

## Language Arts

| | Excellent | Progressing | Needs More Time |
|---|---|---|---|
| **Phonics** | | | |
| • Blends sounds correctly | | | |
| • Recognizes initial and final consonant sounds | ✓ | | |
| • Recognizes rhymes | | | |
| **Comprehension** | | | |
| • Retells the important events of a story in order | | | |
| • Uses pictures and charts to derive meaning | ✓ | | |
| • Demonstrates an understanding of the text | | | |
| **Reading Strategies** | | | |
| • Self-monitors and tries to self-correct | | | |
| • Rereads text to clarify meaning | | | |
| • Uses strategies such as flipping the sound, chunking words, etc. to accurately decode words | ✓ | | |
| **Fluency** | | | |
| • Masters sight words | | | |
| • Reads with expression at an appropriate rate | ✓ | | |
| • Attends to punctuation | | | |
| **Writing** | | | |
| • Uses capitalization, punctuation, and spacing appropriately | | | |
| • Writes stories with a beginning, middle, and end | ✓ | | |
| • Writes multiple complete sentences about a single idea | | | |

## Citizenship

| | Excellent | Satisfactory | Needs Improvement |
|---|---|---|---|
| **Conduct** | | | |
| • Follows directions the first time they are given | | | |
| • Works quietly when needed | | | |
| • Shows respect to teachers and peers. | ✓ | | |
| • Accepts responsibility for personal actions | | | |
| **Work Habits** | | | |
| • Makes a sincere effort and works hard in class | | | |
| • Completes independent work in a timely manner | ✓ | | |
| • Remains focused on the activity at hand | | | |
| • Generates neat and careful work | | | |

## Math

| | Excellent | Progressing | Needs More Time |
|---|---|---|---|
| **Numbers and Operations and Algebraic Reasoning** | | | |
| • Represents numbers to 99 | | | |
| • Uses place value to compare numbers to 120 | | | |
| • Uses place value to order numbers to 99 | ✓ | | |
| • Identifies coins by name and value and describes the relationships between them | | | |

## Science

| | Excellent | Progressing | Needs More Time |
|---|---|---|---|
| • Follows safety procedures | | | |
| • Collects and communicates data | | | |
| • Uses tools and models to investigate | ✓ | | |
| • Classifies objects by observable properties or composition | | | |
| • Records changes in materials made by heating or cooling | | | |
| • Observes and records changes in objects in the sky | | | |

## Social Studies

| | Excellent | Progressing | Needs More Time |
|---|---|---|---|
| • Distinguishes among past, present, and future | | | |
| • Identifies and describes the physical characteristics of place | ✓ | | |

## Comments

Trevor always does his very best work on class assignments. He needs to work on following directions the first time they are given. Keep working hard Trevor!

**Ways to help at home**
• Practice retelling the events in a story in order.
• Practice reading with expression, including paying attention to punctuation.
• Practice reading and writing words with vowel digraph patterns. (-au, -aw, -oo, -ou, -ol, -oi)
• Practice word problems involving addition and subtraction to 20.




**Alvin Independent School District**
**Initial Dyslexia Evaluation Report**

| Student Name: | Tr███ Tilong | ID #: | 309943 |
|---|---|---|---|
| DOB: | ███ | Grade: K | Campus: Don Jeter Elementary |

| Date of Report: | 05/18/2018 |
|---|---|

**SPECIFIC REASON FOR REFERRAL:**
Travis was referred for a dyslexia evaluation by the PST (Problem Solving Team). He is struggling in reading, writing and spelling.

**INFORMATION FROM TEACHER:**
- Academic tasks are inconsistent
- Has difficulty completing written assignments
- Reading comprehension at grade level
- Can explain major facts from stories read silently
- Can explain major facts from stories read to him
- Difficulty with decoding
- Poor reading fluency due to poor accuracy
- Uses subvocalization (whisper reading) and/or finger pointing when reading
- Does not use word attack skills in context
- Math skills on grade level
- Difficulty with written expression
- Difficulty in spelling
- Easily distracted
- Frequently overactive or a disturbance in class
- Difficulty remembering and following directions
- Lack of organizational skills

Tr███  Tilong

## STANDARDIZED ASSESSMENT RESULTS

**Intellectual Measures:**

Travis was administered the Wechsler Intelligence Scale for Fifth Edition on 05/04/2018; the first 7 tests of the WISC-V yield an overall cognitive functioning level, the Full Scale Intelligence Quotient (FSIQ).

Based on the Full Scale IQ (FSIQ), Tr███ overall level of intellectual functioning of 78 falls in the very low range at the 7th percentile. This means that Tr███ is performing better than 7% of the population when compared to peers of the same age.

**Achievement Measures:**

**Kaufman Test of Educational Achievement Third Edition (KTEA III)**

The KTEA III assesses Phonological Awareness, Nonsense Word Decoding, Letter & Word Recognition, Spelling, Math Computation, Math Concepts & Applications and Orthographic Processing, which is a composite score of Letter Naming Facility, Word Recognition Fluency and Spelling. Standard scores between 85-115 are considered within the average range. The results are presented in the following table:

| SUBTEST | STANDARD SCORE | RANGE |
|---|---|---|
| Letter & Word Recognition | 75 | Below average |
| Math Concepts & Applications | 87 | Below average |
| Math Computation | 70 | Below average |
| Spelling | 85 | Low |
| Letter Naming Facility | 52 | Very low |

Tr███ did not make an attempt to read words he did not know on the Letter & Word Recognition subtest.

Tr███ made the following errors on the Spelling subtest:
- wrote 'you' for 'the'
- wrote 'tao' for 'cat'
- wrote 'sat' for 'sun'
- wrote 'tlalo' for 'hot'

3



**Cognitive Processing:**

**Comprehensive Test of Phonological Processing (CTOPP-2)**

The Comprehensive Test of Phonological Processing (CTOPP-2) assesses phonological awareness and rapid naming. Standard scores between 90 – 110 are considered within the average range. The results are presented in the following table:

| AREAS | STANDARD SCORE | RANGE |
|---|---|---|
| **Phonological Awareness** | 67 | Very poor |
| Elision | 75 | Poor |
| Blending Words | 65 | Very poor |
| Phoneme Isolation | 80 | Below average |
| **Rapid Symbolic Naming** | 61 | Very poor |
| Rapid Digit Naming | 75 | Poor |
| Rapid Letter Naming | 60 | Very poor |

The Elision subtest is where the student is asked to omit a sound (phoneme) from a word and produce a new word.

The Blending Words subtest is where the student hears the individual sounds in a word and is asked to put the sounds together to say the whole word.

The Phoneme Isolation subtest is where the student is asked to identify a sound in a specific position in the word.

The Rapid Symbolic Naming subtests measure the ability to rapidly name numbers and letters. Below average scores in this area may indicate problems with reading fluency.

4

**Phonemic Awareness and Phonics Inventory (PAPI)**

The PAPI is a non-standardized test given to kindergarten, first, and second graders to identify deficits in phonemic awareness. The results are presented in the following table:

| SUBTEST | Date: 05/08/2018 |
|---|---|
| Same/Different Sounds | 5/5 |
| Rhyming Words | 3/5 |
| Beginning Sounds | 5/5 |
| Ending Sounds | 3/5 |
| Blending | 2/5 |
| Deletion | 0/5 |
| SECTIONS PASSED | 4 |
| PERCENTAGE | 60% |

**OVERALL SUMMARY AND INTERPRETATIONS:**

Tr███ was asked to write the alphabet in lower case letters. He was able to write uppercase letters and reversed the z. It took him 2 minutes and 6 seconds. He was asked to name the days of the week in order. He named all the days correctly but omitted Sunday. He was asked to name the months of the year in order and said them without any difficulty.

Tr███ came willingly to the assessor's classroom for testing. The assessment was given over different periods of time. He was very polite and a working rapport was easily established. It is believed that he performed his best on all activities, and the scores reflected in this report appear to represent his level of performance in reading at this time.

5

Tr███ Tilong

Tr Tilong

**BACKGROUND INFORMATION (Interventions and Results):**
- Transferred from Fort Bend ISD at the end of January 2018.
- Enrolled in 1st grade in Fort-Bend ISD but they moved him to Kindergarten
- 1st semester report card from Lakeview Elementary in Fort Bend ISD showed he was not progressing towards the standards in the following areas:
  - Composition
  - Word study
  - Phonological awareness
  - Decoding
  - Genre/text structure
  - Geometry and measurement
- Guided reading - 4 days a week
- Word work – letter sounds – 5 days a week
- Rhyming – 5 days a week
- Behavior concerns are reported at home, at school and at his previous school
- Foster parents don't have much academic background information

**CURRENT FUNCTIONING READING LEVEL:**
- Current DRA (Developmental Reading Assessment) is 1; which is equivalent to beginning kindergarten

**CURRENT FUNCTIONING MATH LEVEL:**
Strengths:
- count to 29
- Identify numbers 1-10,13-15
- write numbers to 10
- sequence numbers 1-15
- build sets to 15
- count backward from 20-0
- explain and model addition and subtraction to 5 with no number sentence

Weaknesses:
- identifying numbers 11,12, 16-20
- writing numbers 11-20
- comparing numbers (more, less, equal)
- identifying coins
- identifying 3d shapes

2

T[redacted]Tilong

*Dyslexia has defined as a specific learning disability that is neurological in origin, characterized by difficulties with accurate and/or fluent word recognition and by poor spelling and decoding abilities. These difficulties typically result from a deficit in the phonological component of language that is often unexpected in relation to other cognitive abilities and the provision of effective classroom instruction. Secondary consequences may include problems in reading comprehension and reduced reading experience that can impede growth of vocabulary and background knowledge.*
*(Adopted by the international dyslexia board of directors, November 12, 2002 and referenced in the Texas Education Agency Dyslexia Handbook, page 8).*

The Texas Education Agency Dyslexia Handbook specifies three criteria to appropriately identify dyslexia:

- The student must display a pattern of weakness in one or more of the following areas: real word reading in isolation, nonsense word reading, reading fluency- both rate and accuracy, and written spelling (may not be in isolation).

  Tr[redacted] *scored in the below average range in the following areas, displaying a pattern of weakness:*
    - *Real word reading in isolation*
    - *Written spelling*

- The student must also display a deficit in phonological awareness, (either through assessment or history of difficulty), rapid naming, or orthographic processing.

  T[redacted] *scored in the below average range in the following areas, displaying a deficit in:*
    - *Phonological awareness*

- Finally, the student must have areas of strength identified through formal and/or informal information. The difficulties in reading and spelling must be unexpected in relation to the student's other abilities, sociocultural factors, language difference, irregular attendance or lack of appropriate and effective instruction.

  Tr[redacted] *did not exhibit an academic strength in other academic areas assessed. His difficulties in reading and spelling are not unexpected in relation to his other abilities.*

**Based on these assessment results it appears the student does not exhibit a profile consistent with the disability of a student with dyslexia. The 504 Committee will determine eligibility for T[redacted] under the disability criteria of Dyslexia and the need for special designed instruction and/or accommodations.**

9

**RECOMMENDATIONS TO BE CONSIDERED:**

- Continue monitoring
- Continue current educational placement
- Monitor attention issues
- Continue current interventions
- LLI or other intervention

[signature] 5/18/18

*Neely Schurtz, Dyslexia Therapist, CALT* — *Date*

[signature] 5/18/18

*Oriana Estrada, LSSP* — *Date*

RE: MARIE NEBA ( 99403379)

LETTER OF SUPPORT FROM FAMILY LAWYER; CHRISTIAN NDIKUM

Dear Sir/Madame,

I am writing this letter of support toward Ms. Neba's release form incarceration so that she can be reunited with her children.

Ms. Neba is the mother of twin boys, Tr▇ and Tr▇ who were only 6 years old when their mother left for court and never came back home. Ms. Neba was immediately detained after the jury convicted her without opportunity to prepare her children for her departure. It is needless to say that these children who first experienced trauma when armed FBI agents raided Ms. Neba's residence with guns taking her and her husband into custody, suffered yet another trauma when she never showed up at home after her trial.

Upon Ms. Neba's sudden incarceration, the children were at least with their father, as he was out awaiting sentencing, then all of a sudden he fled leaving them in the care of a family friend who was completely estranged to these children. This was yet again another traumatic episode.

The children finally visited their mother when she was in jail and at this tender age could not understand why she was behind a glass and could not hug them, comfort them or play with them as usual.

These children have been in the care of extended family, a grandmother who has extended her visit in the United States to care for this children in hope that Ms. Neba will be released from custody. All the while, the children have only been able to see her only when they visit the detention facility.

It is worth noting that Ms. Neba has naturally been the primary care giver for these children and has never been absent in their lives for any significant period of time except when she was incarcerated. Her presence, emotional and psychological support is invaluable to them in this critical formative period of their lives. The emotional and psychological toll of her absence in their lives is unimaginable as all spheres of their lives have been negatively affected.

As for Ms. Neba's first child, a child who grew up in her care and nurture, who is now of age to understand what exactly is going on, has been overwhelmed by the turn of these events in her life. It has been a nightmare of an experience to say the least. In a year she has lost both of her parents. As a teenager, she is forced to grow up and to handle the challenges in her life that she did not create. She is bombarded with news on social media about her parent's problems with the law and has to deal with

the shame of guilt. Her mother's terminal illness has been made public and I can hardly imagine where she draws her strength to cope day to day. She has informed me that her mother does her best behind bars to keep her spirits up and she prays for the day that she will be able to have her mother back. She is now dealing with depression and has suffered an academic decline consequently.

The family has tried to help these children as much as possible but extended family can never fill the shoes of a parent. Ms. Tiza who has sacrificed much to extend her stay in the United States in order to care for the children has to return to Africa and was hoping to hand the baton to Ms. Grace Ndikum, but Ms. Grace Ndikum is afflicted with a mirage of chronic health conditions that renders her incapable of taking care of dependent twin boys of such tender age.

I hope this write-up is helpful in explaining that Ms. Neba's presence in these children's lives is vital and instrumental in their emotional and psychological wellbeing especially in this formative years and especially because she has always been in their lives and the absence of both parents in their lives is simply devastating and these children are now the true victims. This situation can be ameliorated by a community based sentence where she be allowed to care for her children as prison based incarceration is basically ruining these children's lives.

Thank you very much for your consideration.

Sincerely,

*[signature]* 03/03/2019

Christian Ndikum Esq.

# Summary Medical Condition Report

Patient: Grace N. Ndikum

D.O.B: ▮▮▮▮▮                                         *Confidential Medical Summary*

To whom it may concern,

Grace ▮▮▮▮▮ has been under my care for the past 8 years. She has mechanical low back pain with severe intervertebral disc syndrome with myelopathy. In 2014 she had lumbar laminectomy of L4-L5 and L5-S1 at the Mayo clinic in Rochester MN. She also has lumbar bilateral radicular neuropathy affecting bilateral lower extremities. She has developed significant physical impairment and has a total permanent disability that has affected her gait. As a result of this is currently undergoing physical therapy at the Sister Kenny Rehabilitation institute 3X a week.

Based on my medical assessment, she has the following physical impairments and functional limitations:

Unable to perform prolonged standing

Unable to ambulate for more than 50 meters without the use of a wheel chair

Unable to lift more than 10 pounds

Unable to perform climbing of stairs or ladder

Unable to perform repetitive bending at waist level

It is my medical opinion that her chronic physical impairment has rendered her unable to perform any type of jobs that are deemed safety-sensitive. She is currently on several medications such as cyclobenzaprine (prn) for muscular back spasms and also takes gabapentin for pain. Such medications could affect her central nervous system (CNS) and may not be advisable to perform any duties that are safety-sensitive while on these medications.

She also has other chronic co-morbidities such peripheral neuropathy secondary to diabetes mellitus type 2, bilateral cataract surgery, hyperthyroidism and age-related degenerative arthritis of all her joints. She is currently awaiting bilateral knees replacements sometimes in the near future at the Mayo clinic.

[signature] 3/9/2019

FRANCIS Y. NGWA, MD, MPH, MRO
22 Leaf Wing Dr.
North Oaks, MN 55127
Phone: 651-343-5040
ngwaxo04@umn.edu

Francis Y. Ngwa, MD, MPH, MRO, MAJ.

Board-Certified in General Preventive Medicine.