United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § | |
| v. | § § | CRIMINAL ACTION NO. 4:15-CR-591-2 |
| MARIE NEBA, *Defendant*. | § § § | |

## ORDER

The Court hereby orders the Government to obtain from Neba's treating oncologist a report which should include: 1) the diagnosis regarding any form of cancer; 2) the past treatment and future treatment plans; 3) the short term prognosis including all variables that must be considered; 4) the long term prognosis given the variables involved; and 5) any treatment that the physician would like to prescribe, but has not been prescribed, and the reason it has not already been effectuated.

This order shall be considered as an order compelling said doctor to provide said report and as an order overruling any patient confidentiality concerns.

Finally, the original of the report in question shall be filed under seal in this case with copies sent to this chambers, Ms. Catherine Wagner of the U.S. Attorney's Office, and Neba's attorney, Mr. Zachary Newland.

SIGNED at Houston, Texas this 21st day of February, 2020.

Andrew S. Hanen
United States District Judge