# EXHIBIT I

**UNITED STATES' OPPOSITION TO PETITIONER MARIE NEBA'S MOTION FOR EVIDENTIARY HEARING**
April 13, 2020

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 19-10963

———————

UNITED STATES OF AMERICA,

        Plaintiff–Appellee,

versus

TERRY LYNN ANDERSON; ROCKY FREELAND ANDERSON,

        Defendants–Appellants.

———————————————

Appeal from the United States District Court
for the Northern District of Texas

———————————————

O R D E R :

        IT IS ORDERED that the opposed motion of appellant Rocky Anderson, for release pending appeal is DENIED.

                                                 /s/ Jerry E. Smith
                                                 JERRY E. SMITH
                                                 United States Circuit Judge

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 19-10963

———————

UNITED STATES OF AMERICA,

    Plaintiff–Appellee,

versus

TERRY LYNN ANDERSON; ROCKY FREELAND ANDERSON,

    Defendants–Appellants.

———————————

Appeal from the United States District Court
for the Northern District of Texas

———————————

O R D E R :

IT IS ORDERED that the opposed motion of appellant Terry Anderson for bail pending appeal is DENIED.

                                                     /s/ Jerry E. Smith_____
                                                  JERRY E. SMITH
                                                United States Circuit Judge