04/06/2020

4:15-CR-591 (2)

Hello David,

Hope you all n doing well. Please I hope you are staying away from the Corona-Virus which has taken a lot of lives. Help me please if you can. It is almost 11 months since I applied for my Compassionate Release due to my Terminal status and I am wondering what the status is. Can you let me know please because I am not feeling well at all. I also wrote the Judge Andrew Hanens regarding some new problems I am experiencing here at Carswell Medical Facility. Can you please have him take a look at it if you can? It is very important, thank you much and God Bless.

Name NEBA, MARIE
Reg. No. 99403-379
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127



⇔99403-379⇔
David Bradley-Clerk
PO BOX 61010
Houston, TX 77208
United States

United States Courts
Southern District of Texas
FILED

APR 13 2020

David J. Bradley, Clerk of Court

Important)
# To David Bradley. (legal mail)

77208-101010