1)

4:15-CR-591(2)

4/6/2020

Dear Honorable Judge Andrew Hanens,

I am writing this letter to you that since I came to Carswell Medical Facility, I have not been getting the treatments I should be getting for my stage 4 breast cancer. All the medicines that have been prescribed are not working at all. Some of them makes my condition worst. I came to Carswell September of 2017 and had to wait for about a couple of months to see the Oncologist (Genesa) which I did. She started me on Ibrance & Letrezole for my Metastatic breast cancer. I took it for sometime and it was changed to Facilodex injection because it did not work. I took Facilodex Hormonal Injections for about 3-4mths but my condition

2.)

worsened as indicated by PET SCAN. So Dr. Genesa P. the Oncologist started me again on a different medications which are Everolimus 10mg and Exemestane (3.) which have serious side effects. (A long list of them) Everolimus & Exemestane are causing me serious side effects such as stomach pain, very high liver enzymes and swollen and severe pain right hand and fingers when I took or started Everolimus & Exemestane. My right hand and fingers were very swollen and painful. So the Physician told me to stop taking them for a week which I did. The following week the Oncologist restarted me on the medicine again and after a week the lab work showed ~~should~~ very high liver enzymes. I was told again to stop taking the medications. So currently I am

3.)

not on any medications for Metastatic breast Cancer. Honorable Judge Andrew Hanens. It is about 3-4 weeks that I was prescribed Antibiotic ointment for the wound on my breast as a result of my Cancer and I have not received the medicine yet because the doctor at Carswell have not co-sign it. X-ray of my right was done last week and it is three weeks that it was ordered and nothing has been done with my very swollen and painful hand and fingers. I am actually struggling to write to you at the moment. My fingers are hurting me badly as I am writing. I am so frustrated with the type of treatments I am receiving at this facility. The main reason my Cancer became termind and metastatic was

4.)

because of gross negligence by Joe Coerly Detention Center in Conroe, Texas. The doctor Nguyen Van Daniel ignored my breast complaints on several occasions and prescribed only Ibuprofen and NEVER examined my breast. It is actually under investigation at the moment. Because of Dr. Nguyen Van Daniel negligence I ended up with stage ~~terminal~~ ~~4~~ breast cancer. Then I was transfered here from Conroe, Texas (Joe Coerly Detention) ~~with the~~ with the idea that I would get the best of treatment but all in vain. A pregnant inmate at Carswell also got positive with Corona Virus and she is at the hospital in critical condition. She came wit 31 inmates from Oklahoma to Carswell a little over a week ago. I am at risk to contract Corona-

5)

because of my terminal status. Please, Honorable Judge Andrew Hanens this is the truth of what is going on with me here. So that is why I am writing to you before you decide on my Compassionate Release motion. My Condition has changed Completely since I was detained and Came to prison. Right now I can barely walk around because of generalized body pain and feet numbness due to Neuropathy related to Chemo. The way things are going regarding my treatments here at Carswell can lead me to my Grave. Please Judge help me get a second oppinion out of this facility if possible as soon as possible or else else I will die leaving behind my twin boys Trevor and Travis including Claudel my daughter. Thank you your honor.

Name NEBA, MAAIE
Reg. No. 99403379
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127



⇔99403-379⇔
David Bradley-Clerk
PO BOX 61010
Houston, TX 77208
United States

United States Courts
Southern District of Texas
FILED

APR 13 2020

David J. Bradley, Clerk of Court

URGENT: To Honorable Judge Andrew Hanes (legal)