United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. 4:15-CR-591-2 |
| MARIE NEBA | § | |

### ORDER

The Expedited Motion for Issuance of a Rule 17(c) Subpoena (Doc. No. 347) is DENIED without prejudice. It may be reurged once Neba has exhausted the available administrative remedies.

SIGNED at Houston, Texas, this 14th day of April 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE