1.)

United States Courts
Southern District of Texas
FILED
JUN 26 2020
David J. Bradley, Clerk of Court

4:15CR591-2

10/23/20

Good Morning, Honorable Judge Andrew Hanens.

I am writing this letter to you regarding the worsening of my condition. The last Medications I received for my Metastatic breast Cancer was the first week of March 5th, 2020 and it was stopped because my liver enzymes went extremely high. I had different blood work done to make sure my liver enzymes came down to continue my chemo treatments. The last time I saw my Doctor (Dr. Parra Beatrix) was in April and my liver enzymes came down a lot. We are almost heading to July, but I have Not had any chemo treatments and I am so sick right now! I have complaint to Dr. Parra Beatrix my doctor about My ribs hurting so bad, my upper stomach and epigastric area, my ribs underneath both of my breasts also very painful. Nothing

2.)

has been done. The only thing done was ultrasound of my right ~~ban~~ arm of the affected breast. The doctor prescribed Omaprezole for heartburn with severe side effects which are affecting my bones, poor appetite, increased coughing all night. Since the lockdown due to Covid 19 my condition has worsened due to poor care here at Carswell. I don't think I will make it here if I continue under such horrible conditions. I have complaint to the Social Worker (Ms. Little), Case Manager (Smith-Branson) about my condition. Ms. Smith-Branson told me recently I was qualified for Covid 19 2020 Home Confinement. A week later I went to an open house and she (Ms. Smith-Branson) told me I had ~~was~~ not done half of my time and that disqualified me. Ms. Smith-Branson openly lied to me because other inmates

3.)

who have not done half of their time are sent to home Confinement. When I told Ms. Smith-Branson it was not true what she said about Home Confinement qualification she told me to go to my Judge at the Court and apply for Compassionate release Covid 19. I applied for Compassionate release Covid 19 here at Carswell on March 30, 2020 and thirty days went by without hearing from the Warden. I have not been receiving good care for my Terminal Cancer and has worsened during this lockdown. The Food provided is very poor and I eat only breakfast. I have not seen or talk to the Oncologist since March, 2020 and so no Chemo treatments provided at this time. I have told my Attorneys also and letting you know my current condition. I need medical help out of Carswell Please. Thanks

Maria H&l

Name: NEBA MABUE
Reg. No.: 94403-379
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Legal Mail:



NORTH TEXAS
DALLAS
24 JUN 2020

David J. Bradley, Clerk of Court
FILED
JU. 28 2020

To
Honorable Judge Andrew Hanens
P.O Box 61010
Houston, Texas 77208
United States

77208-101010