# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| **v.** | § § | **CRIMINAL NO. 15-CR-591** |
| **MARIE NEBA,** | § § § | |
| **Defendant.** | § | |

## NOTICE OF DEATH

The United States of America, by and through the United States Attorney for the Southern District of Texas, and undersigned counsel, hereby notifies the Court of Defendant Marie Neba's death. Ms. Neba passed away on August 25, 2020. The United States will submit Ms. Neba's death certificate to the Court as soon as it is able.

      Respectfully submitted,

      RYAN K. PATRICK
      UNITED STATES ATTORNEY


      By:  */s/ Catherine Wagner*
       Catherine Wagner
       Trial Attorney
       United States Department of Justice
       Criminal Division, Fraud Section
       1000 Louisiana Street, Suite 2300
       Houston, Texas 77002
       (713) 567-9515
       Catherine.Wagner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, I electronically filed and served this document on defense counsel of record using CM/ECF.

/s/ Catherine Wagner
Catherine Wagner
Trial Attorney